# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

ATTORNEY GENERAL

AUSTIN 11, TEXAS

(This Opinion overrules
in part Opinion #0-4513)



Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. 0-4513-A
Re: Reconsideration of 0-4513.

Our attention has been called to the fact that in our opinion No.
4513, we held that the stock transfer tax levied by Article XVC House Bill
8, Regular Session of the Forty-seventh Legislature (codified as Art. 7047m,
V.A.C.S.), is applicable to shares, share accounts, certificates and pass
books issued by Federal Savings and Loan Associations.

Uppn reconsideration of such opinion, we have concluded that such
holding with reference to Federal Savings and Loan Associations is erroneous.
Section 10 of Art. 7047-m, V.A.C.S., provides that:

"The tax imposed by this Article shall not be construed as being applicable
to shares, share accounts, certificates or pass books issued by any building
and loan association chartered under the laws of this State, nor to credit
unions defined in Article 2451, Revised Civil Statutes, 1925."

Article 881-a, Section 57-a, V.A.C.S., reads as follows:

"Every Federal Savings and Loan Association incorporated under the provisi-
ons of Home Owners' Loan Act of 1933, as now or hereafter amended, domicil-
ed in the State of Texas, and the holders of shares or accounts issued by
any such association shall have all the rights, powers, and privileges, and
shall be entitled to the same exemptions and immunities to which building
and loan associations organized under the laws of this State and holders of
the shares and share accounts of such associations are entitled."(Emphasis
ours).

Accordingly, we hold that the stock transfer tax levied by Art.
7047-m, V.A.C.S., is not applicable to the shares, share accounts, certif-
icates and pass books issued by any Federal Savings and Loan Association of
the character described in Sec. 57-a of Article 881-a, V.A.C.S., and our
Opinion No. 0-4513, in so far as it holds to the contrary, is hereby
overruled. In all other respects, however, we re-affirm the said opinion
No. 0-4513.

APPROVED FEB 18 1943
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS
FR:ff:egw

Very truly yours

ATTPRNEY GENERAL OF TEXAS

By /s/ Fowler Roberts
        Assistant